IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Magistrate No.  26-664 |
| | ) | |
| RICARDO CROSBY | ) | |

**<u>AFFIDAVIT BY TELEPHONIC OR OTHER RELIABLE ELECTRONIC MEANS IN
SUPPORT OF CRIMINAL COMPLAINT</u>**

I, Richard Forte, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state that:

**I.      INTRODUCTION AND AGENT BACKGROUND**

1.      This Affidavit is made for the limited purpose of establishing probable cause in support of a Criminal Complaint alleging that on or about April 29, 2026, in the Western District of Pennsylvania, **Ricardo CROSBY (CROSBY)** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Aggravated Assault, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, to wit: a Glock 23, .40 caliber pistol and .40 caliber ammunition in violation of 18 U.S.C. § 922(g)(1).

2.      I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), currently assigned to the Pittsburgh, Pennsylvania Field Office.  I have been employed as such since August of 2021.  I graduated, from the ATF Academy, located in Brunswick, Georgia.  Prior to joining the ATF, I was employed for three (3) years as a Fire Marshal in Fairfax County Virginia where I conducted criminal investigations, prepared and executed search warrants, conducted arrests, and testified as an expert witness.

3.      As an ATF Special Agent, I am an "Investigative or Law Enforcement Officer" of the

United States within the meaning of Title 18, United States Code Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

4.      As an ATF Special Agent, I am responsible for enforcing Federal criminal statutes and am authorized to serve arrest and search warrants under the authority of the United States. I have participated in numerous federal and state search warrants related to firearms, arson, explosives and narcotics violations, and I have assisted in the writing of affidavits to this effect.

5.      I have participated in criminal investigations with ATF as well as other federal, state and local law enforcement agencies relating to violations of various federal laws. I have been involved in firearms and narcotics-related arrests and the execution of search warrants and arrest warrants, which resulted in the seizure of firearms and narcotics and have assisted in the supervision of activities of confidential informants who provided information and assistance resulting in controlled purchases of firearms and narcotics.

6.      The information contained herein is based upon my own personal investigation, observations, and knowledge, as well as upon the investigation, personal observations, and knowledge of other law enforcement officers with whom I have discussed this case.  Because this Affidavit is being submitted for the limited purpose of establishing probable cause in support of a search warrant, I have not included every item of evidence or piece of information known to me; rather, I have included only those facts necessary to establish probable cause. I have not, however, omitted any information that would defeat a determination of probable cause.

## II.    PROBABLE CAUSE

7.      On April 29, 2026, members of ATF, Pittsburgh Bureau of Police's Fugitive Apprehension Unit, and Monroeville Police Department, executed federal search warrants for the

2

residence located at 221 Cambridge Square Drive, Apartment J, Monroeville PA, **CROSBY**'s person, and a red Chrysler 200 known to be driven by **CROSBY**. During the execution of the residential search warrant, the occupants of 221 Cambridge Square, Apartment J, initially did not follow commands to exit the apartment and had to be repeatedly hailed out. Upon forcing entry into the apartment, law enforcement encountered **CROSBY**, Alessia Grace, and two juvenile males.[1] Law enforcement immediately noted a cut on **CROSBY**'s hand. During an initial interview, **CROSBY** indicated that he had cut his finger while getting clothes out of the drawer. **CROSBY** further stated the delay in exiting the residence was due to him putting on clothes.

8. During an interview of Grace, the adult female in the residence, she denied any knowledge of firearms in the residence as well as owning or possessing any firearms. Law enforcement confirmed Grace has a valid license to carry a firearm in Pennsylvania.

9. Upon searching the residence, investigators discovered the slide for a .40 caliber Glock 23 pistol concealed in a hole in the door of the master bedroom. The marking on this slide indicated that it was part of the firearm bearing serial number CMP388. A banner was hanging over this hole to further conceal the firearm slide. Additionally, a Glock pattern magazine loaded with .40 caliber ammunition was discovered in the top drawer of the dresser located in the master bedroom. This dresser contained both male and female clothes. Additionally, indicia for **CROSBY** was discovered in the master bedroom to include a wristband from Allegheny County Jail as well as court documents bearing his name.

10. Investigators noted several drops of blood originating in the master bedroom and continuing into the area of the living room and kitchen. While searching the kitchen, law enforcement discovered a Glock, .40 caliber frame bearing serial number CMP388US in the ice chest located in the kitchen.

---

[1] One juvenile male was eight months old, and the other was approximately 16 or 17 years old.

11.     During the execution of search warrant for the red Chrysler 200 bearing Pennsylvania license plate NDX9224, a black and white L.L. Bean backpack containing .40 caliber ammunition, and green leafy substance consistent with marijuana were discovered.  The headstamp of the .40 caliber ammunition found in the Chrysler matches the ammunition contained in the magazine discovered in the dresser drawer within the master bedroom of the apartment.  Members of law enforcement know that **CROSBY** was an occupant of the Chrysler in the hours immediately prior to the execution of these search warrants.  Furthermore, during previous surveillance, investigators observed **CROSBY** carrying a similar black and white backpack while exiting the apartment.

12.     During an interview with law enforcement, **CROSBY** denied having firearms in the apartment.  **CROSBY** again stated that he cut his hand on the dresser drawer while getting dressed. **CROSBY** continued that this dresser contained clothing belonging to him and Grace.  The drawer that **CROSBY** indicated he cut his hand on was the bottom drawer of the dresser where the Glock pattern magazine, and .40 caliber ammunition were located.  **CROSBY** also stated that he was taking a shower when law enforcement executed the search warrant at 221 Cambridge Square, Apartment J.  However, when **CROSBY** exited the apartment, his hair and clothes appeared dry.

13.     I am familiar with **CROSBY's** criminal history, which includes a felony conviction in the Court of Common Pleas for Allegheny County on an Aggravated Assault charge. Specifically, on or about April 29, 2024, **CROSBY** was sentenced to serve 15 to 30 months of imprisonment on the Aggravated Assault charge.

14.     Based on information received from an expert with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, I believe that the Glock 23 pistol and .40 caliber ammunition described above were not manufactured in the Commonwealth of Pennsylvania, and that they moved in or affected interstate commerce.

15.     Based upon my training, knowledge, experience, and the foregoing facts, I believe probable cause exists that on or about April 29, 2026, in the Western District of Pennsylvania, **CROSBY** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Aggravated Assault, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, to wit: a Glock 23, .40 caliber pistol and .40 caliber ammunition in violation of 18 U.S.C. § 922(g)(1).

The above information is true and correct to the best of my knowledge, information, and belief.

_s/ Richard Forte_
Richard Forte, Special Agent
United States Department of Justice, Bureau
of Alcohol, Tobacco, Firearms and Explosives

Sworn and subscribed before me, by telephone
pursuant to Fed. R. Crim. P. 4.1(b)(2)(A),
this 30th day of April 2026.

_____
HONORABLE PATRICIA L. DODGE
United States Magistrate Judge
Western District of Pennsylvania